**No. 60046.**—K. Ginsburg, Inc., et al. *v.* United States, protests 281665–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 10 percent under the provision in paragraph 1528, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T. D. 52739), supplemented by Presidential proclamation (T. D. 52836), for imitation semiprecious stones, faceted, and (2) the items marked with the letter "B" at 30 percent under the provision in said paragraph, as modified by T. D. 51802, supplemented by Presidential proclamation (T. D. 51898), for imitation semi-precious stones, not faceted.

**No. 60047.**—Vita Food Products, Inc. *v.* United States, protests 280269–K and 283805–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise covered by the invoice in protest 280269–K consists of herring, prepared or preserved in any manner, packed in airtight containers weighing with their contents not more than 15 pounds each, the claim at 6¼ percent under paragraph 718 (b), as modified, *supra*, supplemented by Presidential proclamation (T. D. 52782), was sustained. The merchandise covered by the invoice in protest 283805–K, stipulated to consist of herring, pickled or salted, in immediate containers weighing with their contents more than 15 pounds each, was held dutiable at one-half of 1 cent per pound, net, under paragraph 719, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), as claimed.